UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: APPLICATION OF RICHARD
CAPLAN REGARDING SALINGER v.
RANDOM HOUSE, INC., 86 Civ 7574-PNL
(S.D.N.Y.)

26-mc-46 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Applicant is directed to serve (1) a copy of his application and (2) a copy of this order on both the estate of J.D. Salinger as well as Random House, Inc (or its corporate successor). Service may be undertaken electronically with the consent of the respective party.

Within 14 days of the date applicant files the proof of service, the estate and/or Random House may file a motion to intervene should either party wish to argue in support of or against the application.

SO ORDERED.

Dated: February 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge