UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: APPLICATION OF RICHARD
CAPLAN REGARDING SALINGER v.
RANDOM HOUSE, INC., 86Civ 7574-PNL
(S.D.N.Y.)

26-mc-46

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a miscellaneous action in this Court, a plaintiff must either pay a $52.00 fee or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. § 1915.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $52.00 in fees or submit an IFP application. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    February 3, 2026
          New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge