UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: APPLICATION OF RICHARD
CAPLAN REGARDING SALINGER v.
RANDOM HOUSE, INC., 86Civ 7574-PNL
(S.D.N.Y.)

26-MC-46 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The J.D. Salinger Literary Trust's motion to intervene, Dkt. 11, is GRANTED.

The Trust's request for a conference to discuss the narrowing of the matters in dispute is DENIED as premature. The parties are directed to first meet and confer to discuss the issues in dispute. They should submit a joint letter to the Court within 21 days that (1) describes the matters in dispute, if any; and (2) proposes a briefing schedule. Should a conference or hearing be necessary, the Court will schedule one at that time.

SO ORDERED.

Dated: March 24, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge