UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: APPLICATION OF RICHARD CAPLAN REGARDING SALINGER v. RANDOM HOUSE, INC., 86 Civ 7574-PNL (S.D.N.Y.)

26-mc-46 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

There are two documents at issue in this case, the Leval Document, and the Salinger deposition transcript. Given the age of this case, the Southern District of New York is no longer in possession of these documents. If the movant or intervenors have either of these documents, they should email them to the Court on or before October 15, 2026 (SubramanianNYSDChambers@nysd.uscourts.gov), with no argument included, so that the Court can review them in connection with the motion. If not, then they can simply email the Court that they do not have these documents in their possession. Given the nature of the parties' dispute, the documents may be emailed to the Court *ex parte*.

SO ORDERED.

Dated: October 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge