UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: APPLICATION OF RICHARD CAPLAN REGARDING SALINGER v. RANDOM HOUSE, INC., 86 Civ 7574-PNL (S.D.N.Y.) | 26-mc-46 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Having reviewed the filings, the Court finds that a hearing should be held on Richard Caplan's petition. Dkt. 1. The hearing will be held in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. To assist with scheduling, Caplan, Salinger Literary Trust, and the Co-Trustees of the J.D. Salinger Literary Trust are hereby ORDERED to meet and confer to discuss when in the next two to three weeks they will be available. **On or before October 16, 2026,** the parties should file a joint letter motion proposing dates for the hearing.

SO ORDERED.

Dated: October 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge