UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: APPLICATION OF RICHARD CAPLAN REGARDING SALINGER v. RANDOM HOUSE, INC., 86 Civ 7574-PNL (S.D.N.Y.) | 26-mc-46 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at the November 2, 2026, hearing, both petitioner and intervenor plaintiff are permitted to file an additional letter of no longer than three pages addressing the two topics that were identified during the hearing as needing further briefing. The letters should be filed by 5 p.m. on Monday, November 9, 2026.

In addition, the parties should promptly order the transcript for the November 2, 2026, hearing.

SO ORDERED.

Dated: November 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge